# EXHIBIT 3

| Investor | Legal Entity Name | Commitment | Contact | % LP Commitments | Repeat Investor | Repeat Investor | Institutional | Comments | Credit Rating | FUND II Investment | TOTAL All JES Funds | % All JES Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Peninsula Hotel - CLP Group | CLP Holdings Ltd. | $ 20,000,000.00 | Sir & Lady Kadoorie | #DIV/0! | x | Y | X | CLP Holdings LTD: Hong Kong Exchange - Market Cap 204B HKD (US$29.3B). Publicly traded power company that serves 80% of Hong Kong's population, and The Hongkong & Shanghai Hotels, the global luxury chain that includes the Peninsula Hotels. Chairman, Sir Michael Kadoorie, ranked 10th on Forbes Richest in Hong Kong and 234th worldwide, has a networth is approximately $6.9B, and is the third-generation scion of the Iraqi-Jewish family that began settling in Asia in the 1880s. | A2 (Moody's Rating) | $ 20,000,000 | $ 40,000,000 | 14.03% |
| BNY Mellon - Capital Markets | Bank of New York - Investment Management | $ 15,000,000.00 | Gary Strumeyer | #DIV/0! | x | Y | X | Wholly owned subsidiary of BNY Mellon. Bank of NY Mellon - Investment Management has $1.6 Trillion AUM as of 2/20/17. Ranked: 7th Largest U.S. Asset Manager (Institutional Investor, Jul 2015), 7th Largest Global Asset Manager (Pensions & Investments, Nov 2015), and 7th Largest U.S. Wealth Manager (Barron's, Sep 2015). Parent Company - BNY Mellon. $333.5B Assets. Trades on NYSE. BK -$49.6B Market Cap. Offices in 35 Countries. | Aa1 (Moody's Rating)  AA+ (Fitch Rating) | $ 20,000,000 | $ 35,000,000 | 12.27% |
| Ricard B Merrill Foundation | Richard B. Merrill Foundation | $ 10,000,000.00 | Stanley Harmon | #DIV/0! | x | Y | X | Merrill Foundation was founded 15 years ago and was created with the sole purpose to continue the family leagcy, as well as promote wellness for the cure of cancer. The foundation has in excess of $1.1B in assets. | N/A | $ 15,000,000 | $ 25,000,000 | 8.77% |
| Steel Partners LLC | Steel Partners, LLC | $ 5,000,000.00 | John McNamara | #DIV/0! | x | Y |  | Steel Partners is a hedge fund that engages in multiple business, including diversified industrial products, energy, defense, supply chain management and logistics, banking, food products and services, oilfield services, sports, training, education and the entertainment and lifestyle industries. The firm was founded in 1990 and is based in New York, New York. Steel Partners is a US hedge fund with $2.0B AUM as of 2/27/17. Per PitchBook Steel Partners has over $122MM in dry powder. | Private Company | $ 15,000,000 | $ 20,000,000 | 7.01% |
| University of Miami Endowment | University of Miami Endowment | $ 5,000,000.00 |  | #DIV/0! | x | Y | X | As of February 2017, the value of University of Miami Endowment's is $1.36B AUM based on data from PitchBook. | A3 (Moody's Rating) | $ 10,000,000 | $ 15,000,000 | 5.26% |
| Meridan Capital Asia | Meridian Capital Asia | $ 3,000,000.00 | Marc Holtzman - chairman | #DIV/0! | x | Y | X | Meridian Capital is a a leading venture capital institution in Techology, Media and Telecommunication (TMT) sector in China, Meridian Capital has made extensive investment deployment in mobile internet and media entertainment sectors. Meridian Capital focuses its investment stage on Series A financing, with upward and downward extensions, and emphasizes creation of close-loop business eco system. As of 2/27/17, the company has an AUM of $2.15B and dry powder of $333.81MM. | Private Company | $ 15,000,000 | $ 18,000,000 | 6.31% |
| Steven Cohen | Steven Cohen | $ 3,000,000.00 |  | #DIV/0! | x | Y |  | Mr. Steven Cohen is the founder of SAC Capital Advisors, a very successful hedge fund which had $24B assets under management. He has an estimated net worth of $11B. | N/A | $ 3,000,000 | $ 5,000,000 | 1.75% |
| Huizenga Holdings LLC | Huizenga Holdings | $ 3,500,000.00 | Wayne Huizenga - Chairman | #DIV/0! | x | Y |  | Mr. Wayne Huizenga former minority owner of Miami Dolphins and Miami Marlins has a reported (Forbes) net worth of $2.6B. He ran several very successful companies - Blockbuster Video, AutoNation and cashed out making more than 30x his initial investment. Huizenga Holdings, Inc. operates as an investment and entertainment conglomerate that owns and manages marinas and yacht-related companies in Florida. The company develops and manages residential and commercial properties throughout Florida including the Dolphins Stadium in South Florida. | N/A | $ 7,500,000 | $ 11,000,000 | 3.86% |
| Imperial Capital Group LLC | Imperial Capital Group, LLC | $ 2,000,000.00 | Jason Reese | #DIV/0! | x | Y | X | Imperial Capital Group LLC, AUM $2B as of 12/31/16, is a full-service investment bank offering a uniquely integrated platform of comprehensive services to institutional investors and middle market companies. Jason Reese is the Co-Founder, Chairman and CEO of Imperial Capital, which was founded in 1997. Mr. Reese graduated with honors from Yale University with a B.S. in Electrical Engineering. Mr. Reese is a member of the steering committee of the Capital Campaign at Yale University. | Private Company | $ 10,000,000 | $ 12,000,000 | 4.21% |
| Peninsula Hotel - CLP Group | Mr. Andrew McAulay | $ 1,500,000.00 | Andrew McAulay | #DIV/0! | x | Y | X | Andrew McAulay is the son of Ronald McAulay a Hong Kong billionaire. Mr. Andrew McAulay's estimated 2015 net worth is approximately $2.6B. McAulay has large holdings in, and has sat on the boards of Hongkong and Shanghai Hotels since 1972, and CLP Group since 1968. | N/A | $ 5,000,000 | $ 6,500,000 | 2.28% |
| Huizenga Holdings LLC | Mr. Steve Berrard | $ 1,000,000.00 | Steve Berrard | #DIV/0! | x | Y |  | Mr. Berrard is the Managing Partner of New River Capital Partners, a private equity fund he co-founded in 1997. Most recently, Mr Berrard was interim CFO for SmartServer and served on the Board of Directors of Swisher Hygiene Inc., a publicly traded industry leader in hygiene solutions and products for the janitorial segment, from 2004 until May 2014, where is annual salary was >$1.0MM.  Mr. Berrard was the co-founder and Co-Chief Executive Officer Blockbuster and AutoNation, Inc, and served as President of Huizenga Holdings.  Others Public Boards: Jamba Juice, HealthSouth and Viacom.  Mr. Berrard's net worth is estimated to be in excess of $2B. | N/A | $ 2,500,000 | $ 3,500,000 | 1.23% |
| **Sub Total - LP Commitments Underwritten** |  | **$ 69,000,000.00** |  | **91.2%** |  |  |  |  |  |  |  |  |
| Frederick Guasto Studio |  | $ 5,000,000.00 | Fred Guasa, Merrill Foundation | #DIV/0! | x |  |  |  |  |  |  |  |
| Pousada Vale Do Sol |  | $ 1,000,000.00 | Dr Jose Robert Merli | #DIV/0! |  |  |  |  |  |  |  |  |
| Merks & Fletscher |  | $ 500,000.00 |  | #DIV/0! |  |  |  |  |  |  |  |  |
| Microsoft Corporation |  | $ 120,000.00 | Lionel Sacon | #DIV/0! | x |  | x | Lionel Sacon is GP |  |  |  |  |
| Mr & Mrs Jeffrey Kravitz |  | $ 50,000.00 |  | #DIV/0! |  |  |  |  |  |  |  |  |
| **Sub Total** |  | **$ 6,670,000.00** |  | **8.8%** |  |  |  |  |  |  |  |  |
| **Total Limited Partner Commitments** |  | **$ 75,670,000.00** |  |  |  |  |  |  |  |  |  |  |
| **JES Global Capital GP** |  | **$ 5,000,000.00** |  | **6.6%** |  |  |  | GP Commitment as % of total fund |  |  |  |  |
| **Total Fund Capital Commitments** |  | **$ 80,670,000.00** |  |  |  |  |  |  |  |  |  |  |
| **Institutional Investors** |  | **$ 96,620,000.00** |  | **74.6%** |  |  |  |  |  |  |  |  |
| **UHNW** |  | **$ 19,050,000.00** |  | **25.2%** |  |  |  |  |  |  |  |  |
| **Repeat Investors** |  | **$ 74,120,000.00** |  | **98.0%** |  |  |  | Repeat= commitments to successor Fund II |  |  |  |  |

| Fund I - Investor | Commitment | % Fund I |
|---|---|---|
| CLP Holdings Ltd. | $ 20,000,000 | 24.8% |
| Bank of New York - Investment Manage | $ 15,000,000 | 18.6% |
| Richard B. Merrill Foundation | $ 10,000,000 | 12.4% |
| Steel Partners, LLC | $ 5,000,000 | 6.2% |
| University of Miami Endowment | $ 5,000,000 | 6.2% |
| Frederick Guess | $ 5,000,000 | 6.2% |
| Huizenga Holdings | $ 3,500,000 | 4.3% |
| Steve Berrard (Huizenga Holdings) | $ 1,000,000 | 1.2% |
| Meridian Capital Asia | $ 3,000,000 | 3.7% |
| Steven Cohen | $ 3,000,000 | 3.7% |
| Imperial Capital Group, LLC | $ 2,000,000 | 2.5% |
| Andrew McAulay | $ 1,500,000 | 1.9% |
| Pousada Vale Do Sol | $ 1,000,000 | 1.2% |
| Marks & Fleischer | $ 500,000 | 0.6% |
| Microsoft Corporation | $ 120,000 | 0.1% |
| Mr & Mrs Jeffrey Kranitz | $ 50,000 | 0.1% |
| Total Limited Partner Commitments | $ 75,670,000 | 93.8% |
| JES Global Capital GP | $ 5,000,000 | 6.2% |
| Total Fund Capital Commitments | $ 80,670,000 | 100.0% |

| Fund II - Investor | Commitment | % Fund II |
|---|---|---|
| CLP Holdings Ltd | $ 20,000,000 | 9.8% |
| Bank of NY Mellon - Investment Management | $ 20,000,000 | 9.8% |
| Richard B. Merrill Foundation | $ 15,000,000 | 7.3% |
| Steel Partners, LLC | $ 15,000,000 | 7.3% |
| University of Miami Endowment | $ 10,000,000 | 4.9% |
| Frederick Guess | $ 5,000,000 | 2.4% |
| Huizenga Holdings | $ 7,500,000 | 3.7% |
| Steve Berrard (Huizenga Holdings) | $ 2,500,000 | 1.2% |
| Meridian Capital Asia | $ 15,000,000 | 7.3% |
| Steven Cohen | $ 2,000,000 | 1.0% |
| Imperial Capital Group, LLC | $ 10,000,000 | 4.9% |
| Andrew McAulay | $ 5,000,000 | 2.4% |
| Santander Bank N.A. | $ 20,000,000 | 9.8% |
| BBVA Compass Securities | $ 20,000,000 | 9.8% |
| Strait Capital Management | $ 15,000,000 | 7.3% |
| SunTrust Robinson Humphrey, Inc. | $ 15,000,000 | 7.3% |
| Total Limited Partner Commitments | $ 197,000,000 | 96.3% |
| JES Global Capital GP II LLC | $ 7,500,000 | 3.7% |
| TOTAL Fund Commitments | $ 204,500,000 | 100.0% |

| | TOTAL All JES Funds | % All JES Funds |
|---|---|---|
| | $ 40,000,000 | 14.03% |
| | $ 35,000,000 | 12.27% |
| | $ 25,000,000 | 8.77% |
| | $ 20,000,000 | 7.01% |
| | $ 15,000,000 | 5.26% |
| | $ 10,000,000 | 3.51% |
| | $ 11,000,000 | 3.86% |
| | $ 3,500,000 | 1.23% |
| | $ 18,000,000 | 6.31% |
| | $ 5,000,000 | 1.75% |
| | $ 12,000,000 | 4.21% |
| | $ 6,500,000 | 2.28% |
| Total Limited Partner Commitments | $ 272,670,000 | |
| | $ 12,500,000 | 4.38% |
| | $ 285,170,000 | |

| Fund III - Potential Investor | Commitment | Repeat Investor |
|---|---|---|
| CLP Holdings Ltd | $ - | Yes |
| Bank of NY Mellon - Investment Management | $ - | Yes |
| Richard B. Merrill Foundation | $ - | Yes |
| Steel Partners, LLC | $ - | Yes |
| University of Miami Endowment | $ - | Yes |
| Frederick Guess | $ - | Yes |
| Huizenga Holdings | $ - | Yes |
| Steve Berrard (Huizenga Holdings) | $ - | Yes |
| Meridian Capital Asia | $ - | Yes |
| Steven Cohen | $ - | Yes |
| Imperial Capital Group, LLC | $ - | Yes |
| Andrew McAulay | $ - | Yes |
| Pousada Vale Do Sol | $ - | Yes |
| Marks & Fleischer | $ - | Yes |
| Microsoft Corporation | $ - | Yes |
| Mr & Mrs Jeffrey Kranitz | $ - | Yes |
| Santander Bank N.A. | $ - | Yes |
| BBVA Compass Securities | $ - | Yes |
| Strait Capital Management | $ - | Yes |
| SunTrust Robinson Humphrey, Inc. | $ - | Yes |
| | $ - | New |
| | $ - | New |
| | $ - | New |
| | $ - | New |
| | $ - | New |
| Total Limited Partner Commitments | $ - | |
| JES Global Capital GP III LLC | $ - | |
| TOTAL Fund Commitments | $ - | |