# EXHIBIT 4

JES Global LP Fund I Cap Table

| Client ID | TOTAL COMMITMENT | 01/14/15 Capital Call | 01/14/15 Call Amount | 04/09/15 Capital Call | 04/09/15 Call Amount | 02/26/16 Capital Call | 02/26/16 Call Amount | 03/05/16 Capital Call | 03/05/16 Call Amount | 05/16/2016 Return of Cap Calls | Total UnPaid Commitment | 2/21/2017 Capital Call | 02/21/17 Call Amount | Total UnPaid Commitment | 2/19/18 Capital Call | 02/19/18 Call Amount | Total UnPaid Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 780-03-100 | $ 50,000.00 | 0.625% | $ 312.50 | 0.625% | $ 312.50 | 15.000% | $ 7,500.00 | 15.000% | $ 7,500.00 | $ 15,625.00 | $ 50,000.00 | 23.400% | $ 11,700.00 | $ 38,300.00 | 23.554% | $ 11,777.00 | $ 26,523.00 |
| 780-03-101 | $ 4,500,000.00 | 0.625% | $ 28,125.00 | 0.625% | $ 28,125.00 | 15.000% | $ 675,000.00 | 15.000% | $ 675,000.00 | $ 1,406,250.00 | $ 4,500,000.00 | 23.400% | $ 1,053,000.00 | $ 3,447,000.00 | 23.554% | $ 1,059,930.00 | $ 2,387,070.00 |
| 780-03-102 | $ 3,000,000.00 | 0.625% | $ 18,750.00 | 0.625% | $ 18,750.00 | 15.000% | $ 450,000.00 | 15.000% | $ 450,000.00 | $ 937,500.00 | $ 3,000,000.00 | 23.400% | $ 702,000.00 | $ 2,298,000.00 | 23.554% | $ 706,620.00 | $ 1,591,380.00 |
| 780-03-103 | $ 3,000,000.00 | 0.625% | $ 18,750.00 | 0.625% | $ 18,750.00 | 15.000% | $ 450,000.00 | 15.000% | $ 450,000.00 | $ 937,500.00 | $ 3,000,000.00 | 23.400% | $ 702,000.00 | $ 2,298,000.00 | 23.554% | $ 706,620.00 | $ 1,591,380.00 |
| 780-03-104 | $ 5,000,000.00 | 0.625% | $ 31,250.00 | 0.625% | $ 31,250.00 | 15.000% | $ 750,000.00 | 15.000% | $ 750,000.00 | $ 1,562,500.00 | $ 5,000,000.00 | 23.400% | $ 1,170,000.00 | $ 3,830,000.00 | 23.554% | $ 1,177,700.00 | $ 2,652,300.00 |
| 780-03-105 | $ 5,000,000.00 | 0.625% | $ 31,250.00 | 0.625% | $ 31,250.00 | 15.000% | $ 750,000.00 | 15.000% | $ 750,000.00 | $ 1,562,500.00 | $ 5,000,000.00 | 23.400% | $ 1,170,000.00 | $ 3,830,000.00 | 23.554% | $ 1,177,700.00 | $ 2,652,300.00 |
| 780-03-106 | $ 10,000,000.00 | 0.625% | $ 62,500.00 | 0.625% | $ 62,500.00 | 15.000% | $ 1,500,000.00 | 15.000% | $ 1,500,000.00 | $ 3,125,000.00 | $ 10,000,000.00 | 23.400% | $ 2,340,000.00 | $ 7,660,000.00 | 23.554% | $ 2,355,400.00 | $ 5,304,600.00 |
| 780-03-107 | $ 5,000,000.00 | 0.625% | $ 31,250.00 | 0.625% | $ 31,250.00 | 15.000% | $ 750,000.00 | 15.000% | $ 750,000.00 | $ 1,562,500.00 | $ 5,000,000.00 | 23.400% | $ 1,170,000.00 | $ 3,830,000.00 | 23.554% | $ 1,177,700.00 | $ 2,652,300.00 |
| 780-03-109 | $ 20,000,000.00 | 0.625% | $ 125,000.00 | 0.625% | $ 125,000.00 | 15.000% | $ 3,000,000.00 | 15.000% | $ 3,000,000.00 | $ 6,250,000.00 | $ 20,000,000.00 | 23.400% | $ 4,680,000.00 | $ 15,320,000.00 | 23.554% | $ 4,710,800.00 | $ 10,609,200.00 |
| 780-03-110 | $ 120,000.00 | 0.625% | $ 750.00 | 0.625% | $ 750.00 | 15.000% | $ 18,000.00 | 15.000% | $ 18,000.00 | $ 37,500.00 | $ 120,000.00 | 23.400% | $ 28,080.00 | $ 91,920.00 | 23.554% | $ 28,264.80 | $ 63,655.20 |
| 780-03-111 | $ 1,500,000.00 | 0.625% | $ 9,375.00 | 0.625% | $ 9,375.00 | 15.000% | $ 225,000.00 | 15.000% | $ 225,000.00 | $ 468,750.00 | $ 1,500,000.00 | 23.400% | $ 351,000.00 | $ 1,149,000.00 | 23.554% | $ 353,310.00 | $ 795,690.00 |
| 780-03-112 | $ 5,000,000.00 | 0.625% | $ 31,250.00 | 0.625% | $ 31,250.00 | 15.000% | $ 750,000.00 | 15.000% | $ 750,000.00 | $ 1,562,500.00 | $ 5,000,000.00 | 23.400% | $ 1,170,000.00 | $ 3,830,000.00 | 23.554% | $ 1,177,700.00 | $ 2,652,300.00 |
| 780-03-114 | $ 2,000,000.00 | 0.625% | $ 12,500.00 | 0.625% | $ 12,500.00 | 15.000% | $ 300,000.00 | 15.000% | $ 300,000.00 | $ 625,000.00 | $ 2,000,000.00 | 23.400% | $ 468,000.00 | $ 1,532,000.00 | 23.554% | $ 471,080.00 | $ 1,060,920.00 |
| 780-03-115 | $ 1,000,000.00 | 0.625% | $ 6,250.00 | 0.625% | $ 6,250.00 | 15.000% | $ 150,000.00 | 15.000% | $ 150,000.00 | $ 312,500.00 | $ 1,000,000.00 | 23.400% | $ 234,000.00 | $ 766,000.00 | 23.554% | $ 235,540.00 | $ 530,460.00 |
| 780-03-117 | $ 15,000,000.00 | 0.625% | $ 93,750.00 | 0.625% | $ 93,750.00 | 15.000% | $ 2,250,000.00 | 15.000% | $ 2,250,000.00 | $ 4,687,500.00 | $ 15,000,000.00 | 23.400% | $ 3,510,000.00 | $ 11,490,000.00 | 23.554% | $ 3,533,100.00 | $ 7,956,900.00 |
| 780-03-118 | $ 500,000.00 | 0.625% | $ 3,125.00 | 0.625% | $ 3,125.00 | 15.000% | $ 75,000.00 | 15.000% | $ 75,000.00 | $ 156,250.00 | $ 500,000.00 | 23.400% | $ 117,000.00 | $ 383,000.00 | 23.554% | $ 117,770.00 | $ 265,230.00 |
| 780-03-119 | $ 5,000,000.00 | 0.625% | $ 31,250.00 | 0.625% | $ 31,250.00 | 15.000% | $ 750,000.00 | 15.000% | $ 750,000.00 | $ 1,562,500.00 | $ 5,000,000.00 | 23.400% | $ 1,170,000.00 | $ 3,830,000.00 | 23.554% | $ 1,177,700.00 | $ 2,652,300.00 |
| JES GP | | | | | | | | | | | | | | | | | |
| Totals | $ 80,670,000.00 | | $ 504,187.50 | | $ 504,187.50 | | $ 12,100,500.00 | | $ 12,100,500.00 | $ 25,209,375.00 | $ 80,670,000.00 | | $ 18,876,780.00 | $ 61,793,220.00 | | $ 19,001,011.80 | $ 42,792,208.20 |

JES GLOBAL CAPITAL LP FUND II CAP TABLE

| Client ID | TOTAL COMMITMENT | 02/19/2016 Capital Call | 02/19/2016 Call Amount | 02/08/2017 Capital Call | 02/08/2017 Call Amount | 2017 UnPaid Commitment | 01/22/2018 Capital Call | 01/22/2018 Call Amount | 01/24/2018 Total UnPaid Commitment |
|---|---|---|---|---|---|---|---|---|---|
| 880-03-200 | $ 20,000,000.00 | 2.000% | $ 400,000.00 | 11.98% | $ 2,348,080.00 | $ 17,251,920.00 | 19.071% | $ 3,814,200.00 | $ 13,437,720.00 |
| 880-03-201 | $ 5,000,000.00 | 2.000% | $ 100,000.00 | 11.98% | $ 587,020.00 | $ 4,312,980.00 | 19.071% | $ 953,550.00 | $ 3,359,430.00 |
| 880-03-202 | $ 5,000,000.00 | 2.000% | $ 100,000.00 | 11.98% | $ 587,020.00 | $ 4,312,980.00 | 19.071% | $ 953,550.00 | $ 3,359,430.00 |
| 880-03-203 | $ 2,500,000.00 | 2.000% | $ 50,000.00 | 11.98% | $ 293,510.00 | $ 2,156,490.00 | 19.071% | $ 476,775.00 | $ 1,679,715.00 |
| 880-03-204 | $ 2,500,000.00 | 2.000% | $ 50,000.00 | 11.98% | $ 293,510.00 | $ 2,156,490.00 | 19.071% | $ 476,775.00 | $ 1,679,715.00 |
| 880-03-205 | $ 2,000,000.00 | 2.000% | $ 40,000.00 | 11.98% | $ 234,808.00 | $ 1,725,192.00 | 19.071% | $ 381,420.00 | $ 1,343,772.00 |
| 880-03-206 | $ 10,000,000.00 | 2.000% | $ 200,000.00 | 11.98% | $ 1,174,040.00 | $ 8,625,960.00 | 19.071% | $ 1,907,100.00 | $ 6,718,860.00 |
| 880-03-207 | $ 7,500,000.00 | 2.000% | $ 150,000.00 | 11.98% | $ 880,530.00 | $ 6,469,470.00 | 19.071% | $ 1,430,325.00 | $ 5,039,145.00 |
| 880-03-208 | $ 15,000,000.00 | 2.000% | $ 300,000.00 | 11.98% | $ 1,761,060.00 | $ 12,938,940.00 | 19.071% | $ 2,860,650.00 | $ 10,078,290.00 |
| 880-03-209 | $ 15,000,000.00 | 2.000% | $ 300,000.00 | 11.98% | $ 1,761,060.00 | $ 12,938,940.00 | 19.071% | $ 2,860,650.00 | $ 10,078,290.00 |
| 880-03-210 | $ 5,000,000.00 | 2.000% | $ 100,000.00 | 11.98% | $ 587,020.00 | $ 4,312,980.00 | 19.071% | $ 953,550.00 | $ 3,359,430.00 |
| 880-03-211 | $ 15,000,000.00 | 2.000% | $ 300,000.00 | 11.98% | $ 1,761,060.00 | $ 12,938,940.00 | 19.071% | $ 2,860,650.00 | $ 10,078,290.00 |
| 880-03-212 | $ 10,000,000.00 | 2.000% | $ 200,000.00 | 11.98% | $ 1,174,040.00 | $ 8,625,960.00 | 19.071% | $ 1,907,100.00 | $ 6,718,860.00 |
| 880-03-213 | $ 20,000,000.00 | 2.000% | $ 400,000.00 | 11.98% | $ 2,348,080.00 | $ 17,251,920.00 | 19.071% | $ 3,814,200.00 | $ 13,437,720.00 |
| 880-03-214 | $ 15,000,000.00 | 2.000% | $ 300,000.00 | 11.98% | $ 1,761,060.00 | $ 12,938,940.00 | 19.071% | $ 2,860,650.00 | $ 10,078,290.00 |
| 880-03-215 | $ 20,000,000.00 | 2.000% | $ 400,000.00 | 11.98% | $ 2,348,080.00 | $ 17,251,920.00 | 19.071% | $ 3,814,200.00 | $ 13,437,720.00 |
| 880-03-216 | $ 15,000,000.00 | 2.000% | $ 300,000.00 | 11.98% | $ 1,761,060.00 | $ 12,938,940.00 | 19.071% | $ 2,860,650.00 | $ 10,078,290.00 |
| 880-03-217 | $ 20,000,000.00 | 2.000% | $ 400,000.00 | 11.98% | $ 2,348,080.00 | $ 17,251,920.00 | 19.071% | $ 3,814,200.00 | $ 13,437,720.00 |
| Totals | $ 204,500,000.00 | | $ 4,090,000.00 | | $ 24,009,118.00 | $ 176,400,882.00 | | $ 39,000,195.00 | $ 137,400,687.00 |