# EXHIBIT 13



```
FTRSCR
File  Edit  Command  Action  Help

CTZ            INQUIRY FUNCTION              SND:20/10/05 TRN:
SRCFED
 RPT#        AMT         501,260.00 CUR USD
TEST:                        TYP:FTR MTP:       FNDS:S CHG:DB N CDA COM N CBL N

DBT*A/                                    ▲   CDT                                    ADV
DEBIT VAL: 20/10/05                           CREDIT VAL: 20/10/05
DEPT:              RTC:                       DEPT: CLOPS              RTC:
PACIFIC WESTERN BANK                          CBNA, VT CORP FUNDING WIRE ACCT
SAN DIEGO, CA                                 COMM LOAN ACCOUNTING
                                              ONE CITIZENS DRIVE
COUNTRY OF RESIDENCY:US                       RIVERSIDE RI
SNDR REF NUM                                  COUNTRY OF RESIDENCY:
ORIG   /                                      BNF  /                      CH:  BK?N
JES GLOBAL CAPITAL II, L.P.               ▼

{1100} Message Disposition:
        Format Version:            30  (New expanded format)
        Test Production Code:      P   (Production)
        Msg Duplication Code:          (Original incoming msg)
        Msg Status Indicator:      N   (Incoming msg)

{1110} Acceptance Timestamp:
        Receipt Date:              10/05
```

# ❋ Citizens Bank™

## CREDIT CONFIRMATION

| | |
|---|---|
| Transaction reference number: | [redacted] |
| Value Date: | 20/10/05 |
| Account number: | [redacted] |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING RDC160<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 |
| Reference number: | [redacted] |
| Transaction Posting Time: | 2020/10/05 14:38:56 |
| Amount: | 501,260.00 |
| Currency: | US DOLLAR |
| Debit Party Information: | [redacted]<br>PACIFIC WESTERN BANK<br>SAN DIEGO, CA |
| Sender's reference: | [redacted] |
| Originating Party Information: | [redacted]<br>JES GLOBAL CAPITAL II, L.P.<br>222 LAKEVIEW AVE SUITE 1660<br>WEST PALM BEACH FL 33401 |
| Credit Party Information: | [redacted]<br>CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING [redacted]<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 |
| Originator to Beneficiary Information: | FOR LOAN ACCT: [redacted]<br>MEMBER: [redacted] BANK OF NEW YORK MELLON |

# ✳ Citizens Bank™

## CREDIT CONFIRMATION

| | | |
|---|---|---|
| Transaction reference number: | [redacted] | Value Date: 20/10/05 |
| Account number: | [redacted] | |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING RDC160<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 | |

**Reference number:** [redacted]

**Transaction Posting Time:** 2020/10/05 13:51:20

**Amount:** 125,315.00    **Currency:** US DOLLAR

**Debit Party Information:**
[redacted]
PACIFIC WESTERN BANK
SAN DIEGO, CA

**Sender's reference:** [redacted]

**Originating Party Information:**
[redacted]
JES GLOBAL CAPITAL II, L.P.
222 LAKEVIEW AVE SUITE 1660
WEST PALM BEACH FL 33401

**Credit Party Information:**
[redacted]
CBNA, VT CORP FUNDING WIRE ACCT
COMM LOAN ACCOUNTING [redacted]
ONE CITIZENS DRIVE
RIVERSIDE RI 02915

**Originator to Beneficiary Information:**
FOR LOAN ACCT: [redacted]
MEMBER; [redacted] HUIZENGA HOLDINGS

# ❋ Citizens Bank™

## CREDIT CONFIRMATION

| | | | |
|---|---|---|---|
| Transaction reference number: | [redacted] | Value Date: | 20/10/05 |
| Account number: | [redacted] | | |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING [redacted]<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 | | |

**Reference number:** [redacted]

**Transaction Posting Time:** 2020/10/05 14:24:11

**Amount:** 250,630.00    **Currency:** US DOLLAR

**Debit Party Information:** [redacted]
PACIFIC WESTERN BANK
SAN DIEGO, CA

**Sender's reference:** [redacted]

**Originating Party Information:** [redacted]
JES GLOBAL CAPITAL II, L.P.
222 LAKEVIEW AVE SUITE 1660
WEST PALM BEACH FL 33401

**Credit Party Information:** [redacted]
CBNA, VT CORP FUNDING WIRE ACCT
COMM LOAN ACCOUNTING RDC [redacted]
ONE CITIZENS DRIVE
RIVERSIDE RI 02915

**Originator to Beneficiary Information:** FOR LOAN ACCT: [redacted]
MEMBER; UNIVERSITY OF MIAMI ENDOWMENT

# ✳ Citizens Bank™

## CREDIT CONFIRMATION

| | |
|---|---|
| Transaction reference number: | ▮▮▮▮▮▮▮▮ Value Date: 20/10/05 |
| Account number: | ▮▮▮▮▮▮ |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING ▮▮▮▮<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 |
| Reference number: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Transaction Posting Time: | 2020/10/05 16:19:59 |
| Amount: 250,630.00 | Currency: US DOLLAR |
| Debit Party Information: | ▮▮▮▮▮▮▮▮<br>PACIFIC WESTERN BANK<br>SAN DIEGO, CA |
| Sender's reference: | ▮▮▮▮▮▮▮▮ |
| Originating Party Information: | ▮▮▮▮▮▮<br>JES GLOBAL CAPITAL II, L.P.<br>222 LAKEVIEW AVE SUITE 1660<br>WEST PALM BEACH FL 33401 |
| Credit Party Information: | ▮▮▮▮▮▮<br>CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING ▮▮▮▮<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 |
| Originator to Beneficiary Information: | FOR LOAN ACCT: ▮▮▮▮▮▮▮▮▮▮<br>MEMBER: ▮▮▮▮▮▮ IMPERIAL CAPITA<br>L GROUP LLC |

# ☀ Citizens Bank™

## CREDIT CONFIRMATION

| | | |
|---|---|---|
| Transaction reference number: | ▮▮▮▮▮▮ | Value Date: 20/10/05 |
| Account number: | | |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING ▮▮▮▮<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 | |
| Reference number: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Transaction Posting Time: | 2020/10/05 14:02:33 | |
| Amount: 50,126.00 | Currency: US DOLLAR | |
| Debit Party Information: | ▮▮▮▮▮▮<br>PACIFIC WESTERN BANK<br>SAN DIEGO, CA | |
| Sender's reference: | ▮▮▮▮▮▮▮▮ | |
| Originating Party Information: | ▮▮▮▮▮▮<br>JES GLOBAL CAPITAL II, L.P.<br>222 LAKEVIEW AVE SUITE 1660<br>WEST PALM BEACH FL 33401 | |
| Credit Party Information: | ▮▮▮▮▮▮<br>CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING ▮▮▮▮<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 | |
| Originator to Beneficiary Information: | FOR LOAN ACCT: ▮▮▮▮▮▮▮▮▮▮▮▮<br>MEMBER; ▮▮▮▮▮▮ STEVEN COHEN | |

# ✳ Citizens Bank™

## CREDIT CONFIRMATION

| | |
|---|---|
| Transaction reference number: | Value Date: 20/10/05 |
| Account number: | |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI  02915 |
| Reference number: | |
| Transaction Posting Time: | 2020/10/05 14:36:43 |
| Amount:    375,945.00 | Currency:    US DOLLAR |
| Debit Party Information: | PACIFIC WESTERN BANK<br>SAN DIEGO, CA |
| Sender's reference: | |
| Originating Party Information: | JES GLOBAL CAPITAL II, L.P.<br>222 LAKEVIEW AVE SUITE 1660<br>WEST PALM BEACH FL 33401 |
| Credit Party Information: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI  02915 |
| Originator to Beneficiary Information: | FOR LOAN ACCT:<br>MEMBER:          SUNTRUST ROBINS<br>ON HUPHREY |

# ✳ Citizens Bank™

## CREDIT CONFIRMATION

| | |
|---|---|
| Transaction reference number: | [redacted] |
| Account number: | [redacted] |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING [redacted]<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 |
| Value Date: | 20/10/05 |
| Reference number: | [redacted] |
| Transaction Posting Time: | 2020/10/05 14:36:29 |
| Amount: | 375,945.00 |
| Currency: | US DOLLAR |
| Debit Party Information: | [redacted]<br>PACIFIC WESTERN BANK<br>SAN DIEGO, CA |
| Sender's reference: | [redacted] |
| Originating Party Information: | [redacted]<br>JES GLOBAL CAPITAL II, L.P.<br>222 LAKEVIEW AVE SUITE 1660<br>WEST PALM BEACH FL 33401 |
| Credit Party Information: | [redacted]<br>CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING RDC [redacted]<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 |
| Originator to Beneficiary Information: | FOR LOAN ACCT: [redacted]<br>MEMBER: [redacted] RICHARD B MERRI<br>LL FOUNDATION |

# Citizens Bank™

## CREDIT CONFIRMATION

| | | | |
|---|---|---|---|
| Transaction reference number: | ▮▮▮▮▮▮▮▮ | Value Date: | 20/10/05 |
| Account number: | ▮▮▮▮▮▮ | | |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT COMM LOAN ACCOUNTING ▮▮▮▮ ONE CITIZENS DRIVE RIVERSIDE RI 02915 | | |

Reference number: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Transaction Posting Time: 2020/10/05 14:34:09

| Amount: | 125,315.00 | Currency: | US DOLLAR |
|---|---|---|---|

Debit Party Information:
▮▮▮▮▮▮▮▮▮▮
PACIFIC WESTERN BANK
SAN DIEGO, CA

Sender's reference: ▮▮▮▮▮▮▮▮▮

Originating Party Information:
▮▮▮▮▮▮▮
JES GLOBAL CAPITAL II, L.P.
222 LAKEVIEW AVE SUITE 1660
WEST PALM BEACH FL 33401

Credit Party Information:
▮▮▮▮▮▮▮
CBNA, VT CORP FUNDING WIRE ACCT
COMM LOAN ACCOUNTING RDC▮▮▮
ONE CITIZENS DRIVE
RIVERSIDE RI 02915

Originator to Beneficiary Information:
FOR LOAN ACCT ▮▮▮▮▮▮▮▮▮
MEMBER; ▮▮▮▮▮▮ FRED GUESS STUDIO

# ❋ Citizens Bank™

## CREDIT CONFIRMATION

| | | | |
|---|---|---|---|
| Transaction reference number: | ███████ | Value Date: | 20/10/05 |
| Account number: | | | |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING ████<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 | | |

Reference number: ████████████████████

Transaction Posting Time: ████████████

| Amount: | 62,658.00 | Currency: | US DOLLAR |
|---|---|---|---|

Debit Party Information:
████████
PACIFIC WESTERN BANK
SAN DIEGO, CA

Sender's reference: ████████

Originating Party Information:
████████
JES GLOBAL CAPITAL II, L.P.
222 LAKEVIEW AVE SUITE 1660
WEST PALM BEACH FL 33401

Credit Party Information:
████████
CBNA, VT CORP FUNDING WIRE ACCT
COMM LOAN ACCOUNTING ████
ONE CITIZENS DRIVE
RIVERSIDE RI 02915

Originator to Beneficiary Information:
FOR LOAN ACCT: ████████████
MEMBER: ████████ HUIZENGA HOLDIN
GS

# ❊ Citizens Bank™

## CREDIT CONFIRMATION

| | | |
|---|---|---|
| Transaction reference number: | | Value Date: 20/10/05 |
| Account number: | | |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI  02915 | |
| Reference number: | | |
| Transaction Posting Time: | 2020/10/05 13:43:10 | |
| Amount:  501,260.00 | Currency:  US DOLLAR | |
| Debit Party Information: | PACIFIC WESTERN BANK<br>SAN DIEGO, CA | |
| Sender's reference: | | |
| Originating Party Information: | JES GLOBAL CAPITAL II, L.P.<br>222 LAKEVIEW AVE SUITE 1660<br>WEST PALM BEACH FL 33401 | |
| Credit Party Information: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI  02915 | |
| Originator to Beneficiary Information: | FOR LOAN ACCT:<br>9;  MEMBER #                    PENNINSULA<br>HOTEL CLP GROUP | |

# ❄ Citizens Bank™

## CREDIT CONFIRMATION

**Transaction reference number:** ▓▓▓▓  **Value Date:** 20/10/05
**Account number:** ▓▓▓▓
**Account name:** CBNA, VT CORP FUNDING WIRE ACCT
COMM LOAN ACCOUNTING ▓▓▓▓
ONE CITIZENS DRIVE
RIVERSIDE RI 02915

**Reference number:** ▓▓▓▓

**Transaction Posting Time:** 2020/10/05 14:37:02

**Amount:** 375,945.00   **Currency:** US DOLLAR

**Debit Party Information:** ▓▓▓▓
PACIFIC WESTERN BANK
SAN DIEGO, CA

**Sender's reference:** ▓▓▓▓

**Originating Party Information:** ▓▓▓▓
JES GLOBAL CAPITAL II, L.P.
222 LAKEVIEW AVE SUITE 1660
WEST PALM BEACH FL 33401

**Credit Party Information:** ▓▓▓▓
CBNA, VT CORP FUNDING WIRE ACCT
COMM LOAN ACCOUNTING ▓▓▓▓
ONE CITIZENS DRIVE
RIVERSIDE RI 02915

**Originator to Beneficiary Information:** FOR LOAN ACCT: ▓▓▓▓
MEMBER: ▓▓▓▓ STRAIT CAPITAL

# ❄ Citizens Bank™

## CREDIT CONFIRMATION

| | | | |
|---|---|---|---|
| Transaction reference number: | [redacted] | Value Date: | 20/10/05 |
| Account number: | [redacted] | | |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING [redacted]<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI  02915 | | |
| Reference number: | [redacted] | | |
| Transaction Posting Time: | 2020/10/05 14:38:31 | | |
| Amount:      501,260.00 | Currency:      US DOLLAR | | |

**Debit Party Information:**
[redacted]
PACIFIC WESTERN BANK
SAN DIEGO, CA

**Sender's reference:** [redacted]

**Originating Party Information:**
[redacted]
JES GLOBAL CAPITAL II, L.P.
222 LAKEVIEW AVE SUITE 1660
WEST PALM BEACH FL 33401

**Credit Party Information:**
[redacted]
CBNA, VT CORP FUNDING WIRE ACCT
COMM LOAN ACCOUNTING [redacted]
ONE CITIZENS DRIVE
RIVERSIDE RI  02915

**Originator to Beneficiary Information:**
FOR LOAN ACCT: [redacted]
MEMBER: [redacted] SANTANDER BANK, N.A.

# Citizens Bank™

## CREDIT CONFIRMATION

| | | |
|---|---|---|
| Transaction reference number: | [redacted] | Value Date: 20/10/05 |
| Account number: | [redacted] | |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING RDC [redacted]<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 | |
| Reference number: | [redacted] | |
| Transaction Posting Time: | 2020/10/05 13:49:39 | |
| Amount: 62,658.00 | Currency: US DOLLAR | |
| Debit Party Information: | [redacted]<br>PACIFIC WESTERN BANK<br>SAN DIEGO, CA | |
| Sender's reference: | [redacted] | |
| Originating Party Information: | [redacted]<br>JES GLOBAL CAPITAL II, L.P.<br>222 LAKEVIEW AVE SUITE 1660<br>WEST PALM BEACH FL 33401 | |
| Credit Party Information: | [redacted] /<br>CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING [redacted]<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 | |
| Originator to Beneficiary Information: | FOR LOAN ACCT: [redacted]<br>MEMBER: [redacted] HUIZENGA HOLDINGS | |

# ❉ Citizens Bank™

## CREDIT CONFIRMATION

| | | |
|---|---|---|
| Transaction reference number: | ▮▮▮▮▮▮▮▮ | Value Date: 20/10/05 |
| Account number: | ▮▮▮▮▮▮▮▮ | |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING ▮▮▮▮<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 | |
| Reference number: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Transaction Posting Time: | 2020/10/05 14:46:51 | |
| Amount: 187,973.00 | Currency: US DOLLAR | |
| Debit Party Information: | ▮▮▮▮▮▮▮▮<br>PACIFIC WESTERN BANK<br>SAN DIEGO, CA | |
| Sender's reference: | ▮▮▮▮▮▮▮▮ | |
| Originating Party Information: | ▮▮▮▮▮<br>JES GLOBAL CAPITAL II, L.P.<br>222 LAKEVIEW AVE SUITE 1660<br>WEST PALM BEACH FL 33401 | |
| Credit Party Information: | ▮▮▮▮▮<br>CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING ▮▮▮▮<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 | |
| Originator to Beneficiary Information: | FOR LOAN ACCT: ▮▮▮▮▮▮▮▮▮▮<br>MEMBER: ▮▮▮▮▮ JES GLOBAL CAPI<br>TAL GP LLC | |

# ✳ Citizens Bank™

## CREDIT CONFIRMATION

| | | |
|---|---|---|
| Transaction reference number: | [redacted] | Value Date: 20/10/05 |
| Account number: | [redacted] | |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING RDC160<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 | |

Reference number: [redacted]

Transaction Posting Time: 2020/10/05 14:35:28

Amount: 250,630.00     Currency: US DOLLAR

Debit Party Information:
[redacted]
PACIFIC WESTERN BANK
SAN DIEGO, CA

Sender's reference: [redacted]

Originating Party Information:
[redacted]
JES GLOBAL CAPITAL II, L.P.
222 LAKEVIEW AVE SUITE 1660
WEST PALM BEACH FL 33401

Credit Party Information:
[redacted]
CBNA, VT CORP FUNDING WIRE ACCT
COMM LOAN ACCOUNTING RDC160
ONE CITIZENS DRIVE
RIVERSIDE RI 02915

Originator to Beneficiary Information:
FOR LOAN ACCT: [redacted]
MEMBER: [redacted] STEEL PARTNERS
LLC

# Citizens Bank™

## CREDIT CONFIRMATION

| | |
|---|---|
| Transaction reference number: | ▮▮▮▮▮ |
| Account number: | ▮▮▮▮▮ |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING ▮▮▮<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI  02915 |
| Value Date: | 20/10/05 |
| Reference number: | ▮▮▮▮▮ |
| Transaction Posting Time: | 2020/10/05 14:34:39 |
| Amount: | 125,315.00 |
| Currency: | US DOLLAR |
| Debit Party Information: | ▮▮▮▮▮<br>PACIFIC WESTERN BANK<br>SAN DIEGO, CA |
| Sender's reference: | ▮▮▮▮▮ |
| Originating Party Information: | ▮▮▮▮▮<br>JES GLOBAL CAPITAL II, L.P.<br>222 LAKEVIEW AVE SUITE 1660<br>WEST PALM BEACH FL 33401 |
| Credit Party Information: | ▮▮▮▮▮<br>CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING ▮▮▮<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI  02915 |
| Originator to Beneficiary Information: | FOR LOAN ACCT: ▮▮▮▮▮<br>MEMBER: ▮▮▮▮▮  PENNINSULA HOTE<br>L GROUP |

# Citizens Bank™

## CREDIT CONFIRMATION

| | | |
|---|---|---|
| Transaction reference number: | ███████████ | Value Date: 20/10/05 |
| Account number: | ███████████ | |
| Account name: | CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING RDC160<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 | |
| Reference number: | ███████████████████████████ | |
| Transaction Posting Time: | 2020/10/05 14:11:53 | |
| Amount: 375,945.00 | Currency: US DOLLAR | |
| Debit Party Information: | ███████████<br>PACIFIC WESTERN BANK<br>SAN DIEGO, CA | |
| Sender's reference: | ███████████ | |
| Originating Party Information: | ███████████<br>JES GLOBAL CAPITAL II, L.P.<br>222 LAKEVIEW AVE SUITE 1660<br>WEST PALM BEACH FL 33401 | |
| Credit Party Information: | ███████████<br>CBNA, VT CORP FUNDING WIRE ACCT<br>COMM LOAN ACCOUNTING ███████<br>ONE CITIZENS DRIVE<br>RIVERSIDE RI 02915 | |
| Originator to Beneficiary Information: | FOR LOAN ACCT: ███████████<br>MEMBER: ███████ MERIDIAN CAPITAL ASIA | |