# EXHIBIT 19

**Archived:** Sunday, May 9, 2021 8:28:34 AM
**From:** Joseph Martin
**Sent:** Tue, 23 Mar 2021 14:04:27
**To:** Sileo, Joseph R
**Subject:** RE: JES
**Sensitivity:** Normal

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Joseph,

We have checked our internal records and we find no evidence that Steel Partners or its affiliates ever was party to a LPA or subscription agreement with JES Global. We have no records of any investment or business relationship with JES.

Regards,
Joe

**Joseph Martin**
General Counsel
**Steel Partners**
C: 470-597-2249
E: jmartin@steelpartners.com

This confidential e-mail is intended only for named recipient(s) & may contain information that is privileged/exempt from disclosure under applicable law. If you received this message in error, immediately notify sender & delete message.