UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
CITIZENS BANK, N.A.,

                    Plaintiff,

      -v-

JES GLOBAL CAPITAL GP II, L.P. et al.,

                  Defendants.

------------------------------------------------------------------X

21-CV-5766 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

    Counsel for all parties, and any other interested parties, shall appear before the undersigned for a conference to discuss the pending motion for a joint receivership in *Silicon Valley Bank v. JES Global Capital GP III, LLC*, No. 21 Civ. 2552 (JPC) (S.D.N.Y.). The conference shall take place on July 19, 2021 at 11:00 a.m. At the scheduled time, counsel for all parties shall call (866) 434-5269, access code 9176261.

    SO ORDERED.

Dated: July 12, 2021
       New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge