UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIZENS BANK N.A.,<br><br>                Plaintiff,<br><br>    v.<br><br>JES GLOBAL CAPITAL II, L.P., JES GLOBAL CAPITAL GP II, LLC, AND ELLIOT S. SMERLING,<br><br>                Defendants. | Civil Case No. 1:21-cv-05766-JPC |

**Notice and [Proposed] Order for Withdrawal of Counsel**

PLEASE TAKE NOTICE that, upon the annexed declaration of Allan J. Arffa, and subject to the approval of the Court, Allan J. Arffa hereby withdraws as counsel for Interested Party Silicon Valley Bank and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action.  Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Silicon Valley Bank in this proceeding.

DATED: New York, New York
     ~~December 22, 2023~~
     December 29, 2023

/s/ *Allan J. Arffa*
Allan J. Arffa
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

SO ORDERED:

*[signature]*

Hon. John P. Cronan
United States District Judge